UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DONALD ANDREWS,<br>　　　　　　　Supervisee. | No. 11-cr-923 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

With the consent of Supervisee, IT IS HEREBY ORDERED THAT the terms of Supervisee's release are modified as follows: Supervisee shall (i) remain at his current residence in Yonkers, New York until there is availability in a Residential Re-Entry Center ("RRC"); (ii) enter the RRC as soon the Probation Officer advises him that a bed has become available; and (iii) remain at the RRC until further order of the Court. Supervisee may only leave the RRC for his court proceedings, appointments with U.S. Probation personnel, medical emergencies and medical appointments cleared by his Probation Officer, and to pick up his daughter from camp and drop her off at her mother's home immediately afterward. Supervisee shall then immediately return to the RRC. Supervisee shall coordinate with U.S. Probation regarding the precise pick-up and drop-off times. All other terms of his supervised release shall remain in effect.

SO ORDERED.

Dated:　　August 5, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　Sitting by Designation