UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DONALD ANDREWS,

          Supervisee.

No. 11-cr-923 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the government's motion in limine (Doc. No. 58), Andrews's evidentiary submission (Doc. No. 59), and Andrews's response in opposition to the government's motion (Doc. No. 60).  The Court will reserve decision on the government's motion until after hearing testimony at the upcoming evidentiary hearing.  IT IS HEREBY ORDERED THAT the evidentiary hearing will proceed as scheduled on December 5, 2024 at 10:00am in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:    November 25, 2024
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation