UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DONALD ANDREWS,

          Supervisee.

No. 11-cr-923 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the terms of Supervisee's release are modified as follows: Supervisee shall continue to remain at the Bronx Residential Re-Entry Center ("RRC") pending his upcoming sentencing on June 6, 2025 or until further order of the Court. Supervisee may only leave the RRC for his court proceedings, appointments with United States Probation personnel, medical emergencies, medical appointments cleared by his Probation Officers, to pick his daughter up from school and drop her off at her boxing classes, and to take her from her boxing classes and drop her off at her mother's residence immediately afterward. Supervisee shall then immediately return to the RRC. Supervisee shall continue to coordinate with Probation regarding the precise pick-up and drop-off times. All other terms of his supervised release shall remain in effect.

SO ORDERED.

Dated:    May 27, 2025
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation